| | |
|---|---|
| 1 | Andrew P. Gordon (NV Bar No. 3421) |
|  | Jeffrey A. Silvestri (NV Bar No. 5779) |
| 2 | MCDONALD CARANO WILSON LLP |
|  | 2300 West Sahara Avenue, Suite 1000 |
| 3 | Las Vegas, NV 89102 |
|  | Phone: (702) 873-4100 |
| 4 | Facsimile: (702) 873-9966 |
|  | Email:  agordon@mcdonaldcarano.com |
| 5 | Email:  jsilvestri@mcdonaldcarano.com |
| 6 | Brenton R. Babcock (admitted *pro hac vice*) |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 7 | 2040 Main Street, Fourteenth Floor |
|  | Irvine, CA  92614 |
| 8 | Phone: (949) 760-0404 |
|  | Facsimile: (949) 760-9502 |
| 9 | Email:  brent.babcock@kmob.com |
| 10 | Frederick S. Berretta (admitted *pro hac vice*) |
|  | Phillip Bennett (admitted *pro hac vice*) |
| 11 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|  | 12790 El Camino Real |
| 12 | San Diego, CA  92130 |
|  | Phone: (858) 707-4000 |
| 13 | Facsimile:  (858) 707-4001 |
|  | Email:  fred.berretta@kmob.com |
| 14 | Email:  phillip.bennett@kmob.com |
| 15 | Attorneys for Plaintiff/Counter-Defendant |
|  | SILVER STATE INTELLECTUAL TECHNOLOGIES, INC. |
| 16 |  |
|  | Karl L. Nielson (NV Bar No. 5082) |
| 17 | FENNEMORE CRAIG JONES VARGAS, LLP |
|  | 300 S. Fourth Street, Suite 1400 |
| 18 | Las Vegas, NV 89101 |
|  | Facsimile:  (702) 692-8000 |
| 19 | Email:  knielson@fclaw.com |
| 20 | James H. Wallace, Jr. (admitted *pro hac vice*) |
|  | Brian H. Pandya (admitted *pro hac vice*) |
| 21 | Karen Hessler (admitted *pro hac vice*) |
|  | Floyd Chapman (admitted *pro hac vice*) |
| 22 | WILEY REIN LLP |
|  | 1776 K Street NW |
| 23 | Washington, D.C. 20006 |
|  | Phone: (202) 719-7000 |
| 24 | Facsimile: (202) 719-7049 |
|  | Email:  jwallace@wileyrein.com |
| 25 | Email:  bpandya@wileyrein.com |
|  | Email:  khessler@wileyrein.com |
| 26 | Email:  fchampman@wileyrein.com |
| 27 | Attorneys for Defendant/Counterclaimant |
|  | TOMTOM, INC. |
| 28 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>TOMTOM, INC., a Massachusetts corporation,<br><br>        Defendant/Counterclaimant. | Case No. 2:11-cv-1581-PMP-PAL<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, and the Confidential Patent License and Settlement Agreement between the parties herein, Plaintiff Silver State Intellectual Technologies, Inc. ("Silver State") and Defendant TomTom, Inc. ("TomTom") hereby stipulate to dismiss with prejudice this action in its entirety, including all claims, affirmative defenses, and counterclaims pled by Silver State and TomTom in this action. Silver State and TomTom shall each bear its own costs, expenses, and attorneys' fees in connection with this action and this stipulated dismissal thereof.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 19, 2013

s/Frederick S. Berretta
Brenton R. Babcock
Frederick S. Berretta
Phillip Bennett

McDONALD CARANO WILSON LLP
Andrew P. Gordon
Jeffrey A. Silvestri

Attorneys for Plaintiff/Counter-Defendant
SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.

-1-

|   |   |
|---|---|
| Dated: March 19, 2013 | WILEY REIN LLP<br><br>s/Brian Pandya (*with permission*)<br>James H. Wallace, Jr.<br>Brian H. Pandya<br>Karen Hessler<br>Floyd Chapman<br><br>JONES VARGAS, LLP<br>Karl L. Nielson<br><br>Attorneys for Defendant/Counterclaimant<br>TOMTOM, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 19, 2013.

-2-

## PROOF OF SERVICE

I hereby certify that on March 19, 2013, I caused the **STIPULATION TO DISMISS ACTION WITH PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| Karl L. Nielson<br>knielson@fclaw.com<br>FENNEMORE CRAIG<br>JONES VARGAS, LLP<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>Phone: 702-692-8000 | James Wallace<br>jwallace@wileyrein.com<br>Brian Pandya<br>bpandya@wileyrein.com<br>Karen Hessler<br>khessler@wileyrein.com<br>Floyd Chapman<br>fchampman@wileyrein.com<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington DC 20006<br>Phone: 202-719-7457 |

Executed on March 19, 2013, at San Diego, California.

_____
Megan Ptacin

14969348