Andrew P. Gordon (NV Bar No. 3421)
Jeffrey A. Silvestri (NV Bar No. 5779)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Phone: (702) 873-4100
Facsimile: (702) 873-9966
Email:  agordon@mcdonaldcarano.com
Email:  jsilvestri@mcdonaldcarano.com

Brenton R. Babcock (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Email:  brent.babcock@kmob.com

Frederick S. Berretta (admitted *pro hac vice*)
Phillip Bennett (admitted *pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Phone: (858) 707-4000
Facsimile:  (858) 707-4001
Email:  fred.berretta@kmob.com
Email:  phillip.bennett@kmob.com

Attorneys for Plaintiff/Counter-Defendant
SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.

Karl L. Nielson (NV Bar No. 5082)
FENNEMORE CRAIG JONES VARGAS, LLP
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Facsimile:  (702) 692-8000
Email:  knielson@fclaw.com

James H. Wallace, Jr. (admitted *pro hac vice*)
Brian H. Pandya (admitted *pro hac vice*)
Karen Hessler (admitted *pro hac vice*)
Floyd Chapman (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049
Email:  jwallace@wileyrein.com
Email:  bpandya@wileyrein.com
Email:  khessler@wileyrein.com
Email:  fchampman@wileyrein.com

Attorneys for Defendant/Counterclaimant
TOMTOM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>            Plaintiff/Counter-Defendant,<br><br>      v.<br><br>TOMTOM, INC., a Massachusetts corporation,<br><br>            Defendant/Counterclaimant. | Case No. 2:11-cv-1581-PMP-PAL<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, and the Confidential Patent License and Settlement Agreement between the parties herein, Plaintiff Silver State Intellectual Technologies, Inc. ("Silver State") and Defendant TomTom, Inc. ("TomTom") hereby stipulate to dismiss with prejudice this action in its entirety, including all claims, affirmative defenses, and counterclaims pled by Silver State and TomTom in this action. Silver State and TomTom shall each bear its own costs, expenses, and attorneys' fees in connection with this action and this stipulated dismissal thereof.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  March 19, 2013

s/Frederick S. Berretta
Brenton R. Babcock
Frederick S. Berretta
Phillip Bennett

McDONALD CARANO WILSON LLP
Andrew P. Gordon
Jeffrey A. Silvestri

Attorneys for Plaintiff/Counter-Defendant
SILVER STATE INTELLECTUAL TECHNOLOGIES, INC.

-1-

1
2
3  Dated:  March 19, 2013
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILEY REIN LLP

s/Brian Pandya (*with permission*)
James H. Wallace, Jr.
Brian H. Pandya
Karen Hessler
Floyd Chapman

JONES VARGAS, LLP
Karl L. Nielson

Attorneys for Defendant/Counterclaimant
TOMTOM, INC.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2013.

-2-

**PROOF OF SERVICE**

I hereby certify that on March 19, 2013, I caused the **STIPULATION TO DISMISS ACTION WITH PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| Karl L. Nielson<br>knielson@fclaw.com<br>FENNEMORE CRAIG<br>JONES VARGAS, LLP<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>Phone:  702-692-8000 | James Wallace<br>jwallace@wileyrein.com<br>Brian Pandya<br>bpandya@wileyrein.com<br>Karen Hessler<br>khessler@wileyrein.com<br>Floyd Chapman<br>fchampman@wileyrein.com<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington DC 20006<br>Phone:  202-719-7457 |

Executed on March 19, 2013, at San Diego, California.

_____
Megan Ptacin

14969348